UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

MICHAEL HOLLINS,

    Petitioner,

vs.

UNITED STATES OF AMERICA and UNITED STATES MARSHALS SERVICE,

    Respondents.

No. C 11-1601 PJH (PR)

**ORDER FOR PETITIONER TO SHOW CAUSE WHY PETITION SHOULD NOT BE DISMISSED AS MOOT**

This is a habeas case filed pro se by a state prisoner. At the time the petition was filed, petitioner was held in the Alameda County Jail in anticipation of a hearing on revocation of his federal supervised release. In the petition he asks that the court order that his hearing be held immediately, or that he be released from supervision. He subsequently admitted the revocation charges and supervised release was revoked. *See United States v. Hollins*, 92-cr-00126-SBA (Order June 16, 2011). It thus appears that this petition is moot.

Within fifteen days of the date this order is entered, petitioner shall show cause why this petition should not be dismissed as moot. If he does not respond, or if he is unable to show that the petition is not moot, the case will be dismissed.

**IT IS SO ORDERED.**

Dated: November 10 2011.

                                      PHYLLIS J. HAMILTON
                                    United States District Judge

P:\PRO-SE\PJH\HC.11\HOLLINS1601.OSC-P.wpd