UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

MICHAEL HOLLINS,

    Petitioner,

vs.

BUREAU OF PRISONS; UNITED STATES MARSHALS SERVICE; and GREGORY J. AHREN, Sheriff, Alameda County,

    Respondents.

No. C 11-1601 PJH (PR)

**ORDER OF DISMISSAL**

This is a habeas case brought under 28 U.S.C. § 2241 by a federal prisoner. Mail that the clerk sent to plaintiff at his last known address was returned by the post office as undeliverable. Plaintiff has not subsequently provided a newer or different mailing address.

More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: January 31, 2012.

    PHYLLIS J. HAMILTON
    United States District Judge

P:\PRO-SE\PJH\HC.11\HOLLINS1601.DSM-mail.wpd